B 104
3/87

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Jonathan R. Goldsmith, Trustee in Bankruptcy Of John and Janice Hughes | Discover Financial Services, LLC |

| ATTORNEY(S) (Firm Name, Address, and Telephone No.) | ATTORNEY(S) (If Known) |
|---|---|
| Law Office of Jonathan R. Goldsmith<br>1350 Main Street, 10th Floor<br>Springfield, MA 01103<br>(413) 747-0700 | |

PARTY (Check one box only)    (x) 1 U.S. PLAINTIFF    ( ) 2 U.S. DEFENDANT    ( ) 3 U.S. NOT A PARTY

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Preferential transfer under 11 U.S.C. §547.

NATURE OF SUIT
(Check the one most appropriate box only.)

| | | | |
|---|---|---|---|
| (x) 454 To Recover Money or Property | ( ) 455 To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan | ( ) 456 To obtain a declaratory judgment relating to any of foregoing causes of action | |
| ( ) 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | ( ) 426 To determine the dischargeability of a debt 11 U.S.C. §523 | ( ) 459 To determine a claim or cause of action removed to a bankruptcy court | |
| ( ) 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ( ) 434 To obtain an injunction or other equitable relief | ( ) 498 Other (specify) | |
| | ( ) 457 To subordinate any allowed claim or interest except where such | | |
| ( ) 424 To object to or revoke a discharge 11 U.S.C. §727 | | | |

| ORIGIN OF PROCEEDINGS (Check one box only.) | (x) 1 Original Proceeding<br>( ) 2 Removed Proceeding | ( ) 3 Transferred to Another Bankruptcy Court<br>( ) 4 Reinstated or Reopened | ( ) CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|
| DEMAND | NEAREST THOUSAND $15,000 | OTHER RELIEF SOUGHT | ( ) JURY DEMAND |

BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>John and Janice Hughes | BANKRUPTCY CASE NO.<br>05-50511 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Massachusetts | DIVISIONAL OFFICE | NAME OF JUDGE<br>Joel B. Rosenthal |

RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| FILING FEE (Check one box only) | ( ) FEE ATTACHED - $150.00    ( ) FEE NOT REQUIRED    (x) FEE IS DEFERRED |
|---|---|
| DATE<br>6/30/06 | PRINT NAME OF ATTORNEY<br>Jonathan R. Goldsmith    SIGNATURE OF ATTORNEY |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re<br><br>JOHN HUGHES<br>JANICE HUGHES<br><br>           Debtors<br><br>JONATHAN R. GOLDSMITH, TRUSTEE<br>IN BANKRUPTCY OF<br>JOHN HUGHES<br>JANICE HUGHES<br><br>           Plaintiff<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, LLC<br><br>           Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Chapter 7, No. 05-47415-JBR<br><br><br><br><br><br><br><br><br><br>Adversary Proceeding No. |

## COMPLAINT

### Jurisdictional, Venue and Procedural Allegations

1.     This is an Adversary Proceeding brought pursuant to 11 U.S.C. §547(b), §550 and §551, and the Federal Rules of Bankruptcy Procedure §7001 et seq. to: (i) avoid a pre-petition transfer; (ii) recover the property and value of property so transferred; and (iii) to preserve the avoided transfer for the Bankruptcy Estate ("Estate").

2.     As a Bankruptcy Court, this Court has jurisdiction over this instant Adversary Proceeding, pursuant to 28 U.S.C. §157, which confers upon this Court jurisdiction over proceedings arising under Title 11 of the United States Code and of civil proceedings arising in or related to cases under Title 11 of the United States Code; and this proceeding may be commenced and prosecuted in this Bankruptcy Court in which this Chapter 7 case is pending.

3. Pursuant to 11 U.S.C. §105(a), this Court has the equitable power to issue Orders that are necessary and appropriate to carry out the provisions of 11 U.S.C. §§101-1330.

## Parties

4. The Plaintiff, JONATHAN R. GOLDSMITH, is the duly appointed, qualified and acting Trustee in Bankruptcy of JOHN HUGHES and JANICE HUGHES and has a principal place of business at 1350 Main Street, 10th Floor, Springfield, Massachusetts ("Trustee").

5. The Defendant, DISCOVER FINANCIAL SERVICES, LLC, is a limited liability company, and upon information and belief, has a principal place of business at 2500 Lake Cook Road, Riverwoods, Illinois ("Defendant").

## Factual Allegations

6. On September 30, 2005, the Debtors filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts ("Petition Date").

7. On or about August 25, 2005, the Debtors caused a payment to be made to the Defendant in the stated consideration of $15,000 ("Payment"). A copy of Debtors' bank statement reflecting the payment is attached hereto as Exhibit "A".

8. The Payment was made within ninety days immediately preceding the bankruptcy filing.

9. The Defendant was a creditor of the Debtors.

10. At the time the Payment occurred, the Debtors were insolvent.

11. The Payment enabled the Defendant to receive more than what the Defendant would have received in this case had the Payment not been made.

## COUNT I (11 U.S.C. § 547(b))
### Preferential Transfer

11.     The Trustee repeats and realleges each of the allegations contained in paragraphs 1 through 10 as if fully set forth herein.

12.     The Payment was a transfer of an interest of the Debtors in property for the benefit of a creditor.

13.     The Payment was on account of an antecedent debt owed by the Debtors before such transfer was made.

14.     The Payment was made while the Debtors were insolvent.

15.     The Payment was made on or within 90 days of the Petition Date.

16.     The Payment enabled the Defendant to receive more than it would have received if the Payment were not made.

17.     In light of the above, the Trustee submits that the Payment constitutes a preferential transfer which may be avoided for the benefit of the Estate.

## COUNT II (11 U.S.C. § 550)
### Recovery of avoided transfer for the benefit of the Estate

18.     The Trustee repeats and realleges each of the allegations contained in paragraphs 1 through 17 as if fully set forth herein.

19.     The Plaintiff may recover for the benefit of the Estate any transfer avoided under 11 U.S.C. §547.

## COUNT III (11 U.S.C. §551)
### Avoided transfer is automatically preserved for the benefit of the Estate

20. The Trustee repeats and realleges each of the allegations contained in paragraphs 1 through 19 as if fully set forth herein.

21. Any transfer avoided under 11 U.S.C. §547 is automatically preserved for the benefit of the Estate.

WHEREFORE, the Trustee requests the following relief:

1. Under Count I, that the Payment is avoided as a preferential transfer pursuant to 11 U.S.C. §547;

2. Under Count II, that the Payment is recovered for the benefit of the Estate pursuant to 11 U.S.C. §550;

3. Under Count III, that the Payment is automatically preserved for the benefit of the Estate pursuant to 11 U.S.C. §551; and

4. Grant such other and further relief as may be just and proper.

Dated: 6/30/06

JONATHAN R. GOLDSMITH, TRUSTEE IN BANKRUPTCY OF JOHN AND JANICE HUGHES

By: _____
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
1350 Main Street, 10th Floor
Springfield, MA 01103
Tel. (413) 747-0700

JOHN B HUGHES JR OR
JANICE A HUGHES

Page 5 of 13
Statement Period
08-16-05 through 09-14-05
B 08 0 I P PI 8          0009587

## Interest Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| -23 | 100.93- | 22,250.46 | Shaw'S Market   08/23 #000234400 Purchase 92 Cluff Rd    Salem    NH |
| -23 | 44.75- | 22,205.71 | CheckCard  0821 Longwood Grill & Bar Boston   MA 246104352234072024102243 |
| -23 | 21.34- | 22,184.37 | Cns Maxi Drug   08/23 #000009333 Purchase 176 Haverhill St   Methuen    MA |
| -24 | 15,000.00 | 7,184.37 | Discover         Des:E-Payment   ID:601100153350759 Indn:Hughes John       Co ID:2510020270 Web |
| 8-24 | 103.00- | 7,081.37 | Atlantic ATM   08/24 #000501456 Withdrwl 249 Ocean Bouleva  Hampton BEACH NH |
| 8-24 | 17.00- | 7,064.37 | CheckCard  0822 Best Western Hotels Boston    MA 246104352035072027081807 |
| 8-24 | 1.50- | 7,062.87 | Atlantic ATM   08/24 #000501456 Withdrwl 249 Ocean Bouleva  Hampton BEACH NH  Fee |
| 8-25 | 1,560.00- | 5,502.87 | Check        398 |
| 8-25 | 42.46- | 5,460.41 | CheckCard  0824 Whales Tale Restau Hampton    NH 242244352373928633000459 |
| 8-25 | 38.80- | 5,421.61 | Check        386 |
| 8-25 | 31.46- | 5,390.15 | Market Basket   08/25 #000148450 Purchase 186 Haverhill Str   Methuen    MA |
| 08-25 | 21.31- | 5,368.84 | CheckCard  0823 Shell Oil  22045330473 Methuen    MA 24692165236000968687756 |
| 08-25 | 15.00- | 5,353.84 | Decalomania   08/24 #000014810 Purchase Decalomania       Hampton BEACH NH |
| 08-25 | 5.22- | 5,348.62 | CheckCard  0823 Burger King #4899  Q07 Methuen    MA 247926252362214943000076 |
| 08-26 | 100.00- | 5,248.62 | Bank Of Americ  08/26 #000009062 Withdrwl 190 Haverhill St   Methuen    MA |
| 08-26 | 76.33- | 5,172.29 | CheckCard  0824 Cingular Wireless, Llc 800-8887600  WA 240910952370071823555602 |
| 08-26 | 61.25- | 5,111.04 | Td Banknorth N  08/26 #000386546 Withdrwl Airport Between C  Manchester    NH |
| 08-26 | 56.47- | 5,054.57 | CheckCard  0824 Ashworth By The Sea Re Hampton Beachnh 247619752375125780102026 |
| 08-26 | 50.22- | 5,004.35 | Sou The Home D  08/26 #000575101 Purchase 289 S Broadway   Salem    NH |
| 08-26 | 46.94- | 4,957.41 | CheckCard  0824 Dr *symantec.com Orderfind.Comm 246104352370040910753348 |
| 08-26 | 11.00- | 4,946.41 | CheckCard  0825 Rexall Hampton    NH 247170552381223895090070 |
| 08-26 | 8.95- | 4,937.46 | CheckCard  0824 Fusion Connex 603-216-0789 NH 243323952379000801000042 |
| 08-26 | 1.50- | 4,935.96 | Td Banknorth N  08/26 #000386546 Withdrwl Airport Between C  Manchester    NH  Fee |
| 08-29 | 1,495.00- | 3,440.96 | CA Tlr cash withdrawal from Chk 7167 Banking Ctr 805/Balboa            #0001747 CA Confirmation# 5178897368 |
| 08-29 | 412.00- | 3,028.96 | CheckCard  0827 Foxwood Apts LA Mesa    CA 244921552392072997000014 |
| 08-29 | 242.87- | 2,786.09 | Check        393 |
| 08-29 | 100.34- | 2,685.75 | Shaw'S Market   08/27 #000799700 Purchase 92 Cluff Rd    Salem    NH |
| 08-29 | 94.32- | 2,591.43 | Sou Filenes/Ka  08/27 #000081570 Purchase 99 Rockingham Par Salem    NH |