UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
In re                         )                Chapter 7, No. 05-47415-JBR
                              )
JOHN HUGHES                   )
JANICE HUGHES                 )
                              )
            Debtors           )
_____)


**TRUSTEE'S RESPONSE TO NOTICE OF INACTIVITY**


To the HONORABLE JOEL B. ROSENTHAL, Bankruptcy Judge:


  Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case, and respectfully responds the Court's Notice of Inactivity dated May 15, 2007 as follows:


  1. That on September 30, 2005, JOHN HUGHES and JANICE HUGHES ("Debtors") filed a Voluntary Petition under the provisions of Chapter 7 of the Code (the "Case").


  2. That on or about October 3, 2005, JONATHAN R. GOLDSMITH accepted the appointment as Trustee for the above-entitled Bankruptcy Estate ("Estate").


  3. That on or about May 15, 2007, the Court filed a Notice of Inactivity on the Case.


  4. The Trustee submits that he has liquidated all non-exempt assets in this Estate, including settlement of an Adversary Proceeding brought against Discover Financial Services, LLC, and is now in the process of reviewing claims and finalizing his final report and proposed

distribution to submit to the Office of the U.S. Trustee. The Trustee anticipates that the final report will be completed and filed within the next 60 days.

                                      JONATHAN R. GOLDSMITH, TRUSTEE IN
                                      BANKRUPTCY FOR JOHN HUGHES and
                                      JANICE HUGHES

Dated: May 31, 2007

                                  By:/s/ Jonathan R. Goldsmith
                                      JONATHAN R. GOLDSMITH, ESQ.
                                      (BBO No. 548285)
                                      1350 Main Street, 10th Floor
                                      Springfield, MA 01103
                                      Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                        )
In re                                                   )        Chapter 7, No. 05-47415-JBR
                                                        )
JOHN HUGHES                                  )
JANICE HUGHES                               )
                                                        )
                    Debtors                     )
_____)

## CERTIFICATE OF SERVICE

      I, JONATHAN R. GOLDSMITH, ESQ., of 1350 Main Street, 10th Floor, Springfield, Massachusetts, do hereby certify that I served a copy of the within Response upon the below-listed parties by electronic mail or by mailing, first class mail, postage prepaid, on this 31st day of May, 2007:

Richard T. King, Esq.
OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608


                                                By:/s/ Jonathan R. Goldsmith
                                                   JONATHAN R. GOLDSMITH, ESQ.